**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    7

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Deli King of Linden, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-0824034 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 628 W. St. Georges Ave.<br>Linden, NJ 07036<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Union<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    Deli King of Linden, LLC                                          Case number (*if known*) _____
         Name

---

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _7223_

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | See Attachment | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor    Deli King of Linden, LLC
_____          Case number (if known) _____
Name

---

**11. Why is the case filed in this district?**    Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?    _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

---

## ■    Statistical and administrative information

**13. Debtor's estimation of available funds**    .    Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Deli King of Linden, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>January  7, 2019</u>
MM / DD / YYYY

**X** /s/ Edward Levy                                        Edward Levy
Signature of authorized representative of debtor          Printed name

Title   Managing Member

**18. Signature of attorney**

**X** /s/ Leonard C. Walczyk                               Date  January  7, 2019
Signature of attorney for debtor                                   MM / DD / YYYY

Leonard C. Walczyk
Printed name

WASSERMAN, JURISTA & STOLZ, P.C.
Firm name

110 Allen Road
Suite 304
Basking Ridge, NJ 07920
Number, Street, City, State & ZIP Code

Contact phone   (973) 467-2700          Email address   attys@wjslaw.com

032991989 NJ
Bar number and State

Debtor    Deli King of Linden, LLC
Name                                                                          Case number (*if known*)

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number (*if known*) _____    Chapter    7

☐ Check if this an
  amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
| --- | --- | --- | --- | --- |
| Debtor | Eddie Levy Signature Creations, Inc. | | Relationship to you | Affiliate |
| District | Newark | When  1/07/19 | Case number, if known | |
| Debtor | NJB Caterers, LLC | | Relationship to you | Affiliate |
| District | Newark | When  1/07/19 | Case number, if known | |

## IN THE UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| **In the Matter of:** | } |
| | } Case No. |
| **Deli King of Linden, LLC,** | } Chapter 7 |
| | } |
| **Debtor** | } |

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, EDWARD LEVY, declare under penalty of perjury that I am the Managing Member of Deli King of Linden, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Limited Liability Company at a special meeting duly called and held on the 7th day of January 2019.

"Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that EDWARD LEVY, Managing Member of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that EDWARD LEVY, Managing Member of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that EDWARD LEVY, Managing Member of this Limited Liability Company is authorized and directed to employ Leonard C. Walczyk, attorney and the law firm of WASSERMAN, JURISTA & STOLZ to represent the Limited Liability Company in such bankruptcy case."

Date:  January 7, 2019              Signed: _____
                                                    EDWARD LEVY

Resolution of Members
of
Deli King of Linden, LLC


Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that EDWARD LEVY, Managing Member of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that EDWARD LEVY, Managing Member of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that EDWARD LEVY, Managing Member of this Limited Liability Company is authorized and directed to employ Leonard C. Walczyk, attorney and the law firm of WASSERMAN, JURISTA & STOLZ to represent the Limited Liability Company in such bankruptcy case.


Date:  January 7, 2019          Signed:_____
                                              EDWARD LEVY

**Fill in this information to identify the case:**

Debtor name      Deli King of Linden, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January  7, 2019              **X** /s/ Edward Levy
                                            Signature of individual signing on behalf of debtor

                                            Edward Levy
                                            Printed name

                                            Managing Member
                                            Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    Deli King of Linden, LLC

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       **12/15**

Part 1:   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................................   $           0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................   $      140,924.15

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..............................................................................   $      140,924.15

Part 2:   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $      218,000.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $      86,434.44

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$    154,708.42

4.   **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b                              $      459,142.86

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Deli King of Linden, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**       **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | $100.00 |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Santander Bank | Checking | 1703 | $0.00 |
| 3.2. | Santander Bank | Checking | 1711 | $0.00 |
| 3.3. | Santander Bank | Checking | 2718 | $10.00 |
| 3.4. | Santander Bank | Checking | 2969 | $11.66 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $121.66 |
|---|---|

**Part 2:**       **Deposits and Prepayments**
6. **Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | Deli King of Linden, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.  landlord security deposit ............................................................... $11,200.00

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                                    $11,200.00

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less:          17,133.49        -          0.00    = ....          $17,133.49
face amount                    doubtful or uncollectible accounts

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          $17,133.49

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** Raw materials and inventory | | $0.00 | | $5,000.00 |

**20.** **Work in progress**

**21.** **Finished goods, including goods held for resale**

**22.** **Other inventory or supplies**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Deli King of Linden, LLC | Case number *(If known)* | |
|--------|--------------------------|--------------------------|--|
| | Name | | |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$5,000.00

**24.** **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| **39.** **Office furniture** assorted office furniture | $0.00 | | $400.00 |
| **40.** **Office fixtures** assorted office fixtures | $0.00 | | $300.00 |

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$700.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

| Debtor | Deli King of Linden, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>See attached Asset Depreciation Schedule | $0.00 | | $106,769.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $106,769.00 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.

☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>www.delikinglinden.com | $0.00 | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>customer list | $0.00 | | Unknown |

| Debtor | Deli King of Linden, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Deli King of Linden, LLC    Case number *(If known)*
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $121.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $17,133.49 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $106,769.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $140,924.15 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $140,924.15 |

**2017 DEPRECIATION AND AMORTIZATION REPORT**

**DELI KING OF LINDEN, LLC**

SCHEDULE C-1

*Page 7 Depreciation Schedule*

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | ORGANIZATION COSTS | 10/01/09 | 195 | 60M | HY43 | 500. | | | | 500. | 500. | | 0. | 500. |
| 26 | DISPLAY | 10/25/10 | 200DB | 7.00 | HY17 | 405. | | 405. | | 0. | 0. | | 0. | 0. |
| 28 | EQUIPMENT | 08/12/11 | 200DB | 7.00 | HY17 | 1,784. | | 1,784. | | 0. | 0. | | 0. | 0. |
| 32 | EQUIPMENT | 02/11/13 | 200DB | 7.00 | HY17 | 1,600. | | 1,600. | | 0. | 0. | | 0. | 0. |
| 33 | EQUIPMENT | 06/30/13 | 200DB | 7.00 | HY17 | 14,800. | | 14,800. | | 0. | 0. | | 0. | 0. |
| 34 | NEW STOVE | 12/14/14 | 200DB | 7.00 | HY17 | 2,250. | | 2,250. | | 0. | 0. | | 0. | 0. |
| 35 | EQUIPMENT | 07/01/14 | 200DB | 7.00 | HY17 | 14,402. | | 14,402. | | 0. | 0. | | 0. | 0. |
| 81 | EQUIPMENT | 11/30/16 | 200DB | 7.00 | HY17 | 12,641. | | | | 12,641. | 451. | | 3,483. | 3,934. |
| 1 | EQUIPMENT | 11/15/09 | 200DB | 7.00 | HY17 | 484. | | | 242. | 242. | 242. | | 0. | 242. |
| 2 | EQUIPMENT | 12/11/09 | 200DB | 7.00 | MQ17 | 4,500. | | | 2,250. | 2,250. | 2,249. | | 0. | 2,249. |
| 3 | EQUIPMENT | 12/14/09 | 200DB | 7.00 | MQ17 | 3,850. | | | 1,925. | 1,925. | 1,925. | | 0. | 1,925. |
| 4 | EQUIPMENT | 12/30/09 | 200DB | 7.00 | MQ17 | 1,847. | | 0. | 924. | 923. | 923. | | 0. | 923. |
| 6 | USED EQUIPMENT | 12/21/09 | 200DB | 7.00 | MQ17 | 50,000. | | | | 50,000. | 45,080. | | 0. | 45,080. |
| 22 | COMPUTER | 05/25/10 | 200DB | 5.00 | MQ17 | 1,173. | | 1,173. | | 0. | 0. | | 0. | 0. |
| 23 | EQUIPMENT | 05/31/10 | 200DB | 7.00 | MQ17 | 1,793. | | 1,793. | | 0. | 0. | | 0. | 0. |
| 24 | EQUIPMENT | 06/21/10 | 200DB | 7.00 | HY17 | 1,163. | | 1,163. | | 0. | 0. | | 0. | 0. |
| 25 | EQUIPMENT | 07/13/10 | 200DB | 7.00 | HY17 | 1,524. | | 1,524. | | 0. | 0. | | 0. | 0. |
| 27 | EQUIPMENT | 01/19/10 | 200DB | 7.00 | HY17 | 1,355. | | 1,355. | | 0. | 0. | | 0. | 0. |

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zo

# 2017 DEPRECIATION AND AMORTIZATION REPORT

**DELI KING OF LINDEN, LLC**

SCHEDULE C-1

| Asset No. | Description | Date Acquired | Method | Life | Conv/Line No. | Unadjusted Cost Of Basis | Bus % Excl | Section 179 Expense | Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | EQUIPMENT | 09/21/12 | 200DB | 7.00 | HY17 | 1,575. | | 1,575. | | 0. | | | 0. | 0. |
| 30 | EQUIPMENT | 11/13/12 | 200DB | 7.00 | HY17 | 1,225. | | 1,225. | | 0. | | | 0. | 0. |
| 31 | EQUIPMENT | 12/13/12 | 200DB | 7.00 | HY17 | 2,950. | | 2,950. | | 0. | | | 0. | 0. |
| 46 | EQUIPMENT | 06/30/15 | 200DB | 7.00 | HY17 | 39,742. | | 25,000. | | 14,742. | 5,717. | | 2,578. | 8,295. |
| 58 | STOVE | 12/13/16 | 200DB | 7.00 | HY17 | 4,950. | | | | 4,950. | 177. | | 1,364. | 1,541 |
| 93 | ICE MACHINE | 01/10/17 | 200DB | 7.00 | HY19C | 2,935. | | 2,935. | | 0. | | 2,935. | 2,935. | |
| 94 | OVEN | 01/13/17 | 200DB | 7.00 | HY19C | 19,764. | | 16,490. | | 3,274. | | 16,490. | 16,958. | 468 |
| 95 | EQUIPMENT | 03/31/17 | 200DB | 7.00 | HY19C | 18,322. | | | | 18,322. | | | 2,618. | 2,618 |
| | * GRAND TOTAL SCH C DEPR. & AMORT. | | | | | 207,534. | | 92,424. | 5,341. | 109,769. | 57,264. | 19,425. | 29,936. | 67,77? |

728111 04-01-17

8.2

| Fill in this information to identify the case: |
|---|

Debtor name ___ Deli King of Linden, LLC ___

United States Bankruptcy Court for the: ___ DISTRICT OF NEW JERSEY ___

Case number (if known) ___

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Crown Funding Group/Silver Line<br><sub>Creditor's Name</sub><br><br>253 36th St., Suite B317<br>Brooklyn, NY 11232<br><sub>Creditor's mailing address</sub> | **Describe debtor's property that is subject to a lien**<br><br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?** | $165,000.00 | $0.00 |

Creditor's email address, if known ___

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** CT Corporation System, as Representative<br><sub>Creditor's Name</sub><br>330 N. Brand Blvd., Suite 700<br>Attn:  SPRS<br>Glendale, CA 91203<br><sub>Creditor's mailing address</sub> | **Describe debtor's property that is subject to a lien**<br>all assets of the Debtor<br><br><br>**Describe the lien**<br>UCC<br>**Is the creditor an insider or related party?** | $0.00 | Unknown |

Creditor's email address, if known ___

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Deli King of Linden, LLC
_____    Case number (if know) _____
Name

■ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Everest Buisness Funding | Describe debtor's property that is subject to a lien | $45,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

5 West 37th St., 2nd Fl.
New York, NY 10018

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Libertas Funding LLC | Describe debtor's property that is subject to a lien | $8,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

382 Greenwich Ave., Suite 2
Greenwich, CT 06830

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $218,000.00 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did
you enter the related creditor? | Last 4 digits of
account number for
this entity |
|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Deli King of Linden, LLC__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Alex Laudisi<br>47 Dock Road<br>Brick, NJ 08723 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,000.00 | $2,000.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Customer Deposits | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Alyse & Ken Heilpern<br>4 Highland Dr<br>Livingston, NJ 07039 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,500.00 | $2,500.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Customer Deposits | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    Deli King of Linden, LLC
_____    Case number (if known) _____
Name

| | | | |
|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>Andrea and Ben Genek<br>15 Wendover Road<br>East Windsor, NJ 08520 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,500.00  $2,500.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Customer Deposits | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.4 | Priority creditor's name and mailing address<br>Andrea Keate<br>117 Prospect Ave<br>Bridgewater, NJ 08807 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $495.00  $495.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Customer Deposits | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.5 | Priority creditor's name and mailing address<br>Carolina Chappotin<br>821 Cleveland Ave<br>Elizabeth, NJ 07208 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,446.40  $1,446.40 |
| | Date or dates debt was incurred | Basis for the claim:<br>Customer Deposits | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.6 | Priority creditor's name and mailing address<br>Corinne Smithen<br>310 Upper Mountain Ave<br>Montclair, NJ 07043 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,500.00  $2,500.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Customer Deposits | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | Deli King of Linden, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

Dana and Jason Weinstein
34 Park Avenue
Maplewood, NJ 07040

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Customer Deposits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $2,850.00 |
|---|---|---|---|---|

Deborah Kirschner
20-03 Radburn Road
Fair Lawn, NJ 07410

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Customer Deposits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

Ilyse Shainbrown
2 Mountain Ridge Drive
Livingston, NJ 07039

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Customer Deposits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
For Noticing & Precautionary Purposes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Deli King of Linden, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
| | Jason Eidlitz | Check all that apply. | | |
| | President, Hudson Cty Region Men's Club | ☐ Contingent | | |
| | 301 Glenwood Drive | ☐ Unliquidated | | |
| | Briarcliff Manor, NY 10510 | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: Customer Deposits | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,000.00 | $2,850.00 |
| | Jesse & Stacey Schneider | Check all that apply. | | |
| | 31 McGuire Drive | ☐ Contingent | | |
| | West Orange, NJ 07052 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: Customer Deposits | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,507.37 | $2,850.00 |
| | Joshua Ratner | Check all that apply. | | |
| | 333 Washington St., 4th Fl. | ☐ Contingent | | |
| | Jersey City, NJ 07302 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: Customer Deposits | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,500.00 | $2,850.00 |
| | Karen Rosen | Check all that apply. | | |
| | 269 Thistle Lane | ☐ Contingent | | |
| | Bedminster, NJ 07921 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: Customer Deposits | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| Debtor | Deli King of Linden, LLC | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,867.07 | $2,850.00 |
|---|---|---|---|---|

Linda Lewis
2079 Pleasant Pkwy
Union, NJ 07083

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Customer Deposits

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
|---|---|---|---|---|

Lisa Spirn
780 Norman Place
Westfield, NJ 07090

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Customer Deposits

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

Michael Laitman
922 Carleton Road
Westfield, NJ 07090

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Customer Deposits

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

Naomi Sternberg
27 Cherrywood Court
River Vale, NJ 07675

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Customer Deposits

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | Deli King of Linden, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
|---|---|---|---|---|
| | Natalie Terdiman | Check all that apply. | | |
| | 2296 Oakham Ct | ☐ Contingent | | |
| | Mahwah, NJ 07430 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Customer Deposits | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
|---|---|---|---|---|
| | Nomi Forman | Check all that apply. | | |
| | 1 Stirrup Lane | ☐ Contingent | | |
| | Flemington, NJ 08822 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Customer Deposits | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $2,850.00 |
|---|---|---|---|---|
| | Pam Garretson | Check all that apply. | | |
| | 4 Blue Fern Lane | ☐ Contingent | | |
| | Randolph, NJ 07869 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Customer Deposits | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|
| | Rachel Katell | Check all that apply. | | |
| | 463 1st St., Apt. 3E | ☐ Contingent | | |
| | Hoboken, NJ 07030 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Customer Deposits | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Deli King of Linden, LLC | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.23 | Priority creditor's name and mailing address<br>Rachel Steinberg<br>155 Richardson Road<br>Robbinsville, NJ 08691 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,500.00 | $2,500.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Customer Deposits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address<br>Robby Bolcar<br>528 Washington Street<br>Hoboken, NJ 07030 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Customer Deposits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address<br>Robyn Laveman<br>6 Cherry Hill Road<br>Livingston, NJ 07039 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,850.00 | $2,850.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Customer Deposits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address<br>Sarah Ninivaggi<br>1620 Belmont Ave<br>Seattle, WA 98122 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,500.00 | $2,500.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Customer Deposits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Deli King of Linden, LLC | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,500.00 | $2,850.00 |
|---|---|---|---|---|

Seth Cohen
29 Angus Road
Flemington, NJ 08822

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Customer Deposits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,358.60 | $9,358.60 |
|---|---|---|---|---|

State of New Jersey
Sales & Use Tax
CN 999
Trenton, NJ 08625-0999

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Sales Tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

United Synagogue of Hoboken
115 Park Ave
Hoboken, NJ 07030

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Customer Deposits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $2,850.00 |
|---|---|---|---|---|

Yael Miller
68 Athens Road
Short Hills, NJ 07078

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Customer Deposits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | Deli King of Linden, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $19,778.94

Acme Fish
30 Gem Street
Brooklyn, NY 11222

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,896.51

ADPI
13 Smithfield Ct
Basking Ridge, NJ 07920-2778

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** alarm

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,390.45

AFI Foodservice Distributors
1 Ikea Drive
Elizabeth, NJ 07207

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $300.00

Beagle Linen LLC
6900 Roustein Ave., Unit 3
North Bergen, NJ 07047

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Berlin Group, LLC
380 Fairfield Road
Fairfield, NJ 07004

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** rent

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250.00

Blue Tomatoes
131 Cedar St
Ridgefield Park, NJ 07660

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $799.92

Bowco Laboratories
75 Freeman Street
P.O. Box 1219
Woodbridge, NJ 07095-1219

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Deli King of Linden, LLC | Case number (if known) | |
|--------|--------------------------|------------------------|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $594.00 |
|-----|---|---|---|

Capricorn Seafood
PO Box 320198
Brooklyn, NY 11232

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,400.00 |
|-----|---|---|---|

Citrin Cooperman, LLP
290 W. Mt. Pleasant Ave
Livingston, NJ 07039

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Professional Services

Is the claim subject to offset? ■ No  ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $600.00 |
|------|---|---|---|

City of Linden
301 Northwood Ave
Linden, NJ 07036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Garbage Removal

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $850.00 |
|------|---|---|---|

Congregation Agudath Israel
20 Academy Road
Caldwell, NJ 07006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,950.00 |
|------|---|---|---|

Diana Mrugal
149 Hawthorne Ct
Rockaway, NJ 07866

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Professional Services

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.00 |
|------|---|---|---|

Ditto Copier
209 E. Elizabeth Ave
Linden, NJ 07036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,657.33 |
|------|---|---|---|

Driscoll Foods
174 Delawanna Ave
Clifton, NJ 07014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Deli King of Linden, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.15**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $261.64 |
|---|---|---|
| Elizabethtown Gas<br>PO Box 3175<br>Union, NJ 07083 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Utility Bills | |
| **Last 4 digits of account number**  3485;8469;7151;7151 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.16**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,500.00 |
|---|---|---|
| Erica Lysick<br>506 Ainsworth St.<br>Linden, NJ 07036 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  loan to business | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.17**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,707.80 |
|---|---|---|
| Imperial Bag & Paper Co.<br>255 Route 1&9<br>Jersey City, NJ 07306 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.18**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|
| Intercounty Bakery Supply<br>1095 Long Island Ave<br>Deer Park, NY 11729 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.19**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,358.96 |
|---|---|---|
| JWMG<br>1501 Broadway<br>New York, NY 10036 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.20**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $120.00 |
|---|---|---|
| Linden City Municipal Court<br>301 N. Wood Ave.<br>Linden, NJ 07036 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.21**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,625.00 |
|---|---|---|
| Marketing Plus<br>114 Glenside Road<br>New Providence, NJ 07974 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor   Deli King of Linden, LLC
_____
         Name

Case number (if known) _____

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,927.12 |

Mooney General Paper Co.
1451 Chestnut Avenue
PO Box 3800
Hillside, NJ 07205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,130.22 |

Nassau Foods
200 Albany Ave
Freeport, NY 11520

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.86 |

New Jersey American Water
P.O. Box 371476
Pittsburgh, PA 15250-7476

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5154;7592;0537;2774

**Basis for the claim:** Utility Bills

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,203.00 |

PSE&G
PO Box 14444
New Brunswick, NJ 08906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 9100;2601;7402;2206

**Basis for the claim:** Utility Bills

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,643.28 |

RP Baking
840 Jersey Sheet
Harrison, NJ 07029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.40 |

S. Bertram, Inc.
3401 Tremley Point Road
Linden, NJ 07036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,800.00 |

Sa Lex Food
35 Oak Crescent Road
Little Falls, NJ 07424

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Deli King of Linden, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,852.05

Safer Laundry
61 Someset Pl, Unit 2
Clifton, NJ 07012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $323.00

State of NJ, Dept of Community Affairs
Bureau of Fire Code Enforcement
PO Box 809
Trenton, NJ 08625-0809

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  BFCE Registration Renewal Fee

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,150.00

Swiss Bakery
1711 East 2nd St
Scotch Plains, NJ 07076

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,700.00

Temple Beth Rishon
585 Russell Ave
Wyckoff, NJ 07481

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,500.00

Terry Bazydlo
713 Keep St
Linden, NJ 07036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  loan to business

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,052.00

Utica National Insurance Group
Billing Dept., PO Box 6532
Utica, NY 13504-6532

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Verizon
PO Box 4833
Trenton, NJ 08650-4833

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0159

**Basis for the claim:**  Utility Bills

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Deli King of Linden, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,619.94 |
|---|---|---|---|

Westside Foods
355 Food Center Dr., E Building
Bronx, NY 10474

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Internal Revenue Service<br>Special Procedures<br>955 So. Springfield Avenue<br>Springfield, NJ 07081 | Line  2.10<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 86,434.44 |
| 5b. Total claims from Part 2 | 5b.  + | $ 154,708.42 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 241,142.86 |

**Fill in this information to identify the case:**

Debtor name _____ Deli King of Linden, LLC

United States Bankruptcy Court for the: _____ DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | premises lease, expires 8/31/2030 |
| State the term remaining | 11 years |
| List the contract number of any government contract | _____ |

Berlin Group, LLC
380 Fairfield Road
Fairfield, NJ 07004

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____Deli King of Linden, LLC_____

United States Bankruptcy Court for the: _DISTRICT OF NEW JERSEY_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  Edward Levy | 15 Edie Drive<br>Marlboro, NJ 07746 | Crown Funding Group/Silver Line | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2  Edward Levy | 15 Edie Drive<br>Marlboro, NJ 07746 | Libertas Funding LLC | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.3  Edward Levy | 15 Edie Drive<br>Marlboro, NJ 07746 | Everest Buisness Funding | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name _____Deli King of Linden, LLC_____

United States Bankruptcy Court for the: _____DISTRICT OF NEW JERSEY_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

Part 1: **Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| For prior year:<br>From  1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other _____ | $1,508,514.65 |
| For year before that:<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other _____ | $1,548,208.00 |
| For the fiscal year:<br>From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other _____ | $1,604,674.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Deli King of Linden, LLC _____     Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.—

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    Deli King of Linden, LLC                                                      Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | WASSERMAN, JURISTA & STOLZ, P.C.<br>110 Allen Road<br>Suite 304<br>Basking Ridge, NJ 07920 | Attorney Fees and filing fee | 12/28/18 | $2,500.00 |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?**<br>Barbara Levy | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    Deli King of Linden, LLC _____    Case number *(if known)* _____

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Extra Space Storage 1660 Oak Tree Road Edison, NJ 08820 | Eddie Levy | catering carts & equipment | ☐ No ■ Yes |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Deli King of Linden, LLC | Case number *(if known)* |
|---|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|
| 25.1.  Eddie Levy Siganture Creations, Inc.
628 W. St. Georges Ave.
Linden, NJ 07036 | Caterer | EIN:      22-3699173

From-To    1999-2019 |

Debtor    Deli King of Linden, LLC _____    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.2.  NJB Caterers, LLC<br>622 W. St. Georges Ave<br>Linden, NJ 07036 | Caterers | **Dates business existed**<br>**EIN:**   46-5517000<br>**From-To**   2014-2019 |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Citrin Cooperman, LLP<br>290 W. Mt. Pleasant Ave<br>Livingston, NJ 07039 | |
| 26a.2.   Diana Mrugal<br>149 Hawthorne Ct<br>Rockaway, NJ 07866 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   Citrin Cooperman, LLP<br>290 W. Mt. Pleasant Ave<br>Livingston, NJ 07039 | |
| 26c.2.   Diana Mrugal<br>149 Hawthorne Ct<br>Rockaway, NJ 07866 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    Deli King of Linden, LLC _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Edward Levy | 15 Edie Dr.<br>Marlboro, NJ 07746 | Managing Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. Edward Levy<br>15 Edie Drive<br>Marlboro, NJ 07746 | $9,500.00 | 11/1/18-12/31/18 | salary |
| **Relationship to debtor**<br>Managing Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Debtor    Deli King of Linden, LLC _____    Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January  7, 2019 _____

/s/ Edward Levy _____    Edward Levy _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Managing Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re   Deli King of Linden, LLC

Case No. _____

Debtor(s)

Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,165.00 |
| Prior to the filing of this statement I have received | $ | 2,165.00 |
| Balance Due | $ | 0.00 |

2.  $  335.00    of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor     ■ Other (specify):    Barbara Levy

4.  The source of compensation to be paid to me is:

■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

January  7, 2019

*Date*

/s/ Leonard C. Walczyk

Leonard C. Walczyk
*Signature of Attorney*
WASSERMAN, JURISTA & STOLZ, P.C.
110 Allen Road
Suite 304
Basking Ridge, NJ 07920
(973) 467-2700   Fax: (973) 467-8126
attys@wjslaw.com
*Name of law firm*

---

# United States Bankruptcy Court
### District of New Jersey

In re    Deli King of Linden, LLC                Case No.

                                           Debtor(s)          Chapter     7

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     January  7, 2019                      /s/ Edward Levy

                                                   Edward Levy/Managing Member
                                                   Signer/Title

Acme Fish
30 Gem Street
Brooklyn, NY 11222


ADPI
13 Smithfield Ct
Basking Ridge, NJ 07920-2778


AFI Foodservice Distributors
1 Ikea Drive
Elizabeth, NJ 07207


Alex Laudisi
47 Dock Road
Brick, NJ 08723


Alyse & Ken Heilpern
4 Highland Dr
Livingston, NJ 07039


Andrea and Ben Genek
15 Wendover Road
East Windsor, NJ 08520


Andrea Keate
117 Prospect Ave
Bridgewater, NJ 08807


Beagle Linen LLC
6900 Roustein Ave., Unit 3
North Bergen, NJ 07047


Berlin Group, LLC
380 Fairfield Road
Fairfield, NJ 07004


Blue Tomatoes
131 Cedar St
Ridgefield Park, NJ 07660


Bowco Laboratories
75 Freeman Street
P.O. Box 1219
Woodbridge, NJ 07095-1219

Capricorn Seafood
PO Box 320198
Brooklyn, NY 11232


Carolina Chappotin
821 Cleveland Ave
Elizabeth, NJ 07208


Citrin Cooperman, LLP
290 W. Mt. Pleasant Ave
Livingston, NJ 07039


City of Linden
301 Northwood Ave
Linden, NJ 07036


Congregation Agudath Israel
20 Academy Road
Caldwell, NJ 07006


Corinne Smithen
310 Upper Mountain Ave
Montclair, NJ 07043


Crown Funding Group/Silver Line
253 36th St., Suite B317
Brooklyn, NY 11232


CT Corporation System, as Representative
330 N. Brand Blvd., Suite 700
Attn: SPRS
Glendale, CA 91203


Dana and Jason Weinstein
34 Park Avenue
Maplewood, NJ 07040


Deborah Kirschner
20-03 Radburn Road
Fair Lawn, NJ 07410


Diana Mrugal
149 Hawthorne Ct
Rockaway, NJ 07866

Ditto Copier
209 E. Elizabeth Ave
Linden, NJ 07036


Driscoll Foods
174 Delawanna Ave
Clifton, NJ 07014


Edward Levy
15 Edie Drive
Marlboro, NJ 07746


Elizabethtown Gas
PO Box 3175
Union, NJ 07083


Erica Lysick
506 Ainsworth St.
Linden, NJ 07036


Everest Buisness Funding
5 West 37th St., 2nd Fl.
New York, NY 10018


Ilyse Shainbrown
2 Mountain Ridge Drive
Livingston, NJ 07039


Imperial Bag & Paper Co.
255 Route 1&9
Jersey City, NJ 07306


Intercounty Bakery Supply
1095 Long Island Ave
Deer Park, NY 11729


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Special Procedures
955 So. Springfield Avenue
Springfield, NJ 07081

Jason Eidlitz
President, Hudson Cty Region Men's Club
301 Glenwood Drive
Briarcliff Manor, NY 10510


Jesse & Stacey Schneider
31 McGuire Drive
West Orange, NJ 07052


Joshua Ratner
333 Washington St., 4th Fl.
Jersey City, NJ 07302


JWMG
1501 Broadway
New York, NY 10036


Karen Rosen
269 Thistle Lane
Bedminster, NJ 07921


Libertas Funding LLC
382 Greenwich Ave., Suite 2
Greenwich, CT 06830


Linda Lewis
2079 Pleasant Pkwy
Union, NJ 07083


Linden City Municipal Court
301 N. Wood Ave.
Linden, NJ 07036


Lisa Spirn
780 Norman Place
Westfield, NJ 07090


Marketing Plus
114 Glenside Road
New Providence, NJ 07974


Michael Laitman
922 Carleton Road
Westfield, NJ 07090

Mooney General Paper Co.
1451 Chestnut Avenue
PO Box 3800
Hillside, NJ 07205


Naomi Sternberg
27 Cherrywood Court
River Vale, NJ 07675


Nassau Foods
200 Albany Ave
Freeport, NY 11520


Natalie Terdiman
2296 Oakham Ct
Mahwah, NJ 07430


New Jersey American Water
P.O. Box 371476
Pittsburgh, PA 15250-7476


Nomi Forman
1 Stirrup Lane
Flemington, NJ 08822


Pam Garretson
4 Blue Fern Lane
Randolph, NJ 07869


PSE&G
PO Box 14444
New Brunswick, NJ 08906


Rachel Katell
463 1st St., Apt. 3E
Hoboken, NJ 07030


Rachel Steinberg
155 Richardson Road
Robbinsville, NJ 08691


Robby Bolcar
528 Washington Street
Hoboken, NJ 07030

Robyn Laveman
6 Cherry Hill Road
Livingston, NJ 07039


RP Baking
840 Jersey Sheet
Harrison, NJ 07029


S. Bertram, Inc.
3401 Tremley Point Road
Linden, NJ 07036


Sa Lex Food
35 Oak Crescent Road
Little Falls, NJ 07424


Safer Laundry
61 Someset Pl, Unit 2
Clifton, NJ 07012


Sarah Ninivaggi
1620 Belmont Ave
Seattle, WA 98122


Seth Cohen
29 Angus Road
Flemington, NJ 08822


State of New Jersey
Sales & Use Tax
CN 999
Trenton, NJ 08625-0999


State of NJ, Dept of Community Affairs
Bureau of Fire Code Enforcement
PO Box 809
Trenton, NJ 08625-0809


Swiss Bakery
1711 East 2nd St
Scotch Plains, NJ 07076


Temple Beth Rishon
585 Russell Ave
Wyckoff, NJ 07481

Terry Bazydlo
713 Keep St
Linden, NJ 07036


United Synagogue of Hoboken
115 Park Ave
Hoboken, NJ 07030


Utica National Insurance Group
Billing Dept., PO Box 6532
Utica, NY 13504-6532


Verizon
PO Box 4833
Trenton, NJ 08650-4833


Westside Foods
355 Food Center Dr., E Building
Bronx, NY 10474


Yael Miller
68 Athens Road
Short Hills, NJ 07078

# United States Bankruptcy Court
### District of New Jersey

In re   Deli King of Linden, LLC

Debtor(s)

Case No.

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Deli King of Linden, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January  7, 2019

Date

/s/ Leonard C. Walczyk

Leonard C. Walczyk

Signature of Attorney or Litigant
Counsel for   Deli King of Linden, LLC
WASSERMAN, JURISTA & STOLZ, P.C.
110 Allen Road
Suite 304
Basking Ridge, NJ 07920
(973) 467-2700 Fax:(973) 467-8126
attys@wjslaw.com