# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: DELI KING OF LINDEN, LLC | § Case No. 19-10326-JKS |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAY L. LUBETKIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $123,790.66                Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,628.40       Claims Discharged
                                                 Without Payment: N/A

Total Expenses of Administration: $18,994.91

---

3) Total gross receipts of $ 21,623.31 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $21,623.31 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $53,000.00 | $1,593.50 | $1,593.50 | $1,593.50 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,994.91 | 18,994.91 | 18,994.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 70,365.00 | 8,668.84 | 8,668.84 | 1,034.90 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 155,203.42 | 357,030.30 | 355,436.80 | 0.00 |
| **TOTAL DISBURSEMENTS** | $278,568.42 | $386,287.55 | $384,694.05 | $21,623.31 |

4) This case was originally filed under Chapter 7 on January 07, 2019. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/22/2020          By: /s/JAY L. LUBETKIN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R 90 days old or less Face amount = $17,133.49 | 1121-000 | 8,123.31 |
| Preferences: Various | 1241-000 | 13,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$21,623.31** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5S | Silverline Services | 4210-000 | 0.00 | 1,593.50 | 1,593.50 | 1,593.50 |
| NOTFILED | Everest Buisness Funding | 4110-000 | 45,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Libertas Funding LLC | 4110-000 | 8,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Crown Funding Group/Silver Line | 4110-000 | N/A | | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$53,000.00** | **$1,593.50** | **$1,593.50** | **$1,593.50** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAY L. LUBETKIN | 2100-000 | N/A | 2,912.33 | 2,912.33 | 2,912.33 |
| Attorney for Trustee Fees (Trustee Firm) - Rabinowitz, Lubetkin & Tully | 3110-000 | N/A | 15,643.50 | 15,643.50 | 15,643.50 |
| Attorney for Trustee Expenses (Trustee Firm) - Rabinowitz, Lubetkin & Tully | 3120-000 | N/A | 439.08 | 439.08 | 439.08 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $18,994.91 | $18,994.91 | $18,994.91 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | State of New Jersey | 5800-000 | 9,358.60 | 8,668.84 | 8,668.84 | 1,034.90 |
| NOTFILED | Natalie Terdiman | 5600-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Naomi Sternberg | 5600-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Lisa Spirn | 5600-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Laitman | 5600-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Karen Rosen | 5600-000 | 2,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Linda Lewis | 5600-000 | 2,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Nomi Forman | 5600-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rachel Katell | 5600-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Seth Cohen | 5600-000 | 2,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Rachel Steinberg | 5600-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | United Synagogue of Hoboken | 5600-000 | 410.00 | N/A | N/A | 0.00 |
| NOTFILED | Joshua Ratner | 5600-000 | 2,850.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Robyn Laveman | 5600-000 | 2,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Yael Miller | 5600-000 | 2,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Pam Garretson | 5600-000 | 2,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Sarah Ninivaggi | 5600-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Andrea and Ben Genek | 5600-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Jesse & Stacey Schneider | 5600-000 | 2,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Alyse & Ken Heilpern | 5600-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Carolina Chappotin | 5600-000 | 1,446.40 | N/A | N/A | 0.00 |
| NOTFILED | Alex Laudisi | 5600-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Corinne Smithen | 5600-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Jason Eidlitz | 5600-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | llyse Shainbrown | 5600-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Dana and Jason Weinstein | 5600-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Deborah Kirschner | 5600-000 | 2,850.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$70,365.00** | **$8,668.84** | **$8,668.84** | **$1,034.90** |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Barbara Levy | 7100-000 | N/A | 172,487.00 | 172,487.00 | 0.00 |
| 2 -2 | RP Baking, LLC | 7100-000 | 3,643.28 | 4,091.02 | 4,091.02 | 0.00 |
| 3 | JWMW LLC | 7100-000 | 10,358.96 | 11,153.56 | 11,153.56 | 0.00 |
| 4 | Andrea Keats | 7100-000 | 495.00 | 412.55 | 412.55 | 0.00 |
| 5U | Silverline Services | 7100-000 | 0.00 | 164,495.72 | 162,902.22 | 0.00 |
| 6 | Performance Food Group Inc. | 7100-000 | 4,390.45 | 4,390.45 | 4,390.45 | 0.00 |
| NOTFILED | PSE&G | 7100-000 | 1,203.00 | N/A | N/A | 0.00 |
| NOTFILED | New Jersey American Water | 7100-000 | 312.86 | N/A | N/A | 0.00 |
| NOTFILED | Nassau Foods | 7100-000 | 11,130.22 | N/A | N/A | 0.00 |
| NOTFILED | Linden City Municipal Court | 7100-000 | 120.00 | N/A | N/A | 0.00 |
| NOTFILED | S. Bertram, Inc. | 7100-000 | 154.40 | N/A | N/A | 0.00 |
| NOTFILED | Marketing Plus | 7100-000 | 2,625.00 | N/A | N/A | 0.00 |
| NOTFILED | Intercounty Bakery Supply | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Mooney General Paper Co. | 7100-000 | 6,927.12 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Terry Bazydlo | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Utica National Insurance Group | 7100-000 | 1,052.00 | N/A | N/A | 0.00 |
| NOTFILED | Westside Foods | 7100-000 | 6,619.94 | N/A | N/A | 0.00 |
| NOTFILED | Imperial Bag & Paper Co. | 7100-000 | 3,707.80 | N/A | N/A | 0.00 |
| NOTFILED | Temple Beth Rishon | 7100-000 | 4,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Safer Laundry | 7100-000 | 2,852.05 | N/A | N/A | 0.00 |
| NOTFILED | Swiss Bakery | 7100-000 | 4,150.00 | N/A | N/A | 0.00 |
| NOTFILED | State of NJ, Dept of Community Affairs | 7100-000 | 323.00 | N/A | N/A | 0.00 |
| NOTFILED | Sa Lex Food | 7100-000 | 36,800.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Linden | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Acme Fish | 7100-000 | 19,778.94 | N/A | N/A | 0.00 |
| NOTFILED | ADPI | 7100-000 | 2,896.51 | N/A | N/A | 0.00 |
| NOTFILED | Beagle Linen LLC | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Bowco Laboratories | 7100-000 | 799.92 | N/A | N/A | 0.00 |
| NOTFILED | Blue Tomatoes | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Driscoll Foods | 7100-000 | 10,657.33 | N/A | N/A | 0.00 |
| NOTFILED | Elizabethtown Gas | 7100-000 | 261.64 | N/A | N/A | 0.00 |
| NOTFILED | Ditto Copier | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Congregation Agudath Israel | 7100-000 | 850.00 | N/A | N/A | 0.00 |
| NOTFILED | Diana Mrugal | 7100-000 | 1,950.00 | N/A | N/A | 0.00 |
| NOTFILED | Capricorn Seafood | 7100-000 | 594.00 | N/A | N/A | 0.00 |
| NOTFILED | Citrin Cooperman, LLP | 7100-000 | 6,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Erica Lysick | 7100-000 | 5,500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $155,203.42 | $357,030.30 | $355,436.80 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-10326-JKS  **Trustee:** (500440) JAY L. LUBETKIN
**Case Name:** DELI KING OF LINDEN, LLC  **Filed (f) or Converted (c):** 01/07/19 (f)
 **§341(a) Meeting Date:** 02/04/19
**Period Ending:** 04/22/20  **Claims Bar Date:** 05/15/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Cash on hand<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 2  Checking Account at Santander Bank, xxxxxx1703<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3  Checking Account at Santander Bank, xxxxxx1711<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4  Checking Account at Santander Bank, xxxxxx2718<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 5  Checking Account at Santander Bank, xxxxxx2969<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 11.66 | 0.00 | | 0.00 | FA |
| 6  landlord security deposit<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 11,200.00 | 0.00 | | 0.00 | FA |
| 7  www.delikinglinden.com.<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 8  A/R 90 days old or less Face amount = $17,133.49<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 17,133.49 | 5,000.00 | | 8,123.31 | FA |
| 9  assorted office furniture.<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 10  assorted office fixtures.<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 11  Raw Materials: Raw materials and inventory, Net<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 0.00 | | 0.00 | FA |
| 12  customer list. | Unknown | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 19-10326-JKS  
**Case Name:** DELI KING OF LINDEN, LLC  

**Period Ending:** 04/22/20

**Trustee:** (500440) JAY L. LUBETKIN  
**Filed (f) or Converted (c):** 01/07/19 (f)  
**§341(a) Meeting Date:** 02/04/19  
**Claims Bar Date:** 05/15/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 13 | See attached Asset Depreciation Schedule.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 106,769.00 | 0.00 |  | 0.00 | FA |
| 14 | Preferences: Various (u)<br>Preferences:<br>Moody General Paper-Cert of No Objection filed 4/25/19<br>Westside Foods-Cert of No Objection filed 4/25/19<br>Acme Fish-Cert of No Objection filed 4/25/19<br>Swiss Pastry Shoppe-Cert of No Objection filed 5/31/19<br>Imperial Bag & Paper-Adv. 19-01318 Cert of No Objection 6/14/19, Adv. closed 6/18/19 | 0.00 | 15,000.00 |  | 13,500.00 | FA |
| 15 | Storage Unit #767, Extra Space, Edison, NJ<br>listed on Debtor's SOFA -containing catering equipment, see letter from A. Atkins Appraisal. (no value) | 0.00 | 0.00 |  | 0.00 | FA |
| 16 | Eddie Levy Signature Creations (Case 19-10322)<br>Catering business listed on Debtor's SOFA.<br>No value, case NDR'd on 4/17/19. | 0.00 | 0.00 |  | 0.00 | FA |
| 17 | NJB Caterers, LLC (Case 19-10328)<br>Catering business listed on Debtor's SOFA.<br>No Value - NDR'd 4/17/19 | 0.00 | 0.00 |  | 0.00 | FA |
| 17 | **Assets**   Totals (Excluding unknown values) | **$140,924.15** | **$20,000.00** |  | **$21,623.31** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 30, 2020          **Current Projected Date Of Final Report (TFR):**     December 5, 2019  (Actual)

Printed: 04/22/2020 03:32 PM    V.14.66

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 19-10326-JKS  
**Case Name:** DELI KING OF LINDEN, LLC  

**Taxpayer ID #:** **-***4034  
**Period Ending:** 04/22/20  

**Trustee:** JAY L. LUBETKIN (500440)  
**Bank Name:** Mechanics Bank  
**Account:** ******2966 - Checking Account  
**Blanket Bond:** $48,225,092.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/28/19 | {8} | The Jewish Center | A/R | 1121-000 | 179.65 | | 179.65 |
| 03/28/19 | {8} | Temple Sharey Tefilo-Israel | A/R | 1121-000 | 393.00 | | 572.65 |
| 03/28/19 | {8} | Jewish Family Service of Metrowest | A/R | 1121-000 | 704.40 | | 1,277.05 |
| 03/28/19 | {8} | Rivendell At Edison Assoc., LLC | A/R | 1121-000 | 1,251.20 | | 2,528.25 |
| 03/28/19 | {8} | The Jewish Center | A/R | 1121-000 | 1,878.26 | | 4,406.51 |
| 03/28/19 | {8} | Congregation Beth El | A/R | 1121-000 | 3,716.50 | | 8,123.01 |
| 03/28/19 | {8} | Jewish Family Service of Metrowest | A/R | 1121-000 | 0.30 | | 8,123.31 |
| 04/11/19 | {14} | West Side Foods Inc. (Harry Block, Esq.) | Preference Settlement | 1241-000 | 1,000.00 | | 9,123.31 |
| 04/16/19 | {14} | Mooney General Paper Co. | Preference Settlement | 1241-000 | 1,500.00 | | 10,623.31 |
| 04/29/19 | {14} | RLT Attorney Trust Account (Acme Smoked Fish) | Preference Settlement (wire transfer from Acme Smoked Fish) | 1241-000 | 2,500.00 | | 13,123.31 |
| 05/06/19 | {14} | Nassau Provisions Kosher Foods Inc. | Settlement - Cert of No Objection entered 5/13/19 | 1241-000 | 2,500.00 | | 15,623.31 |
| 05/23/19 | {14} | RJS 2147 Inc. | Preference Settlement-Imperial Bag & Paper | 1241-000 | 4,000.00 | | 19,623.31 |
| 05/29/19 | {14} | Cress Resources Inc | TA Swiss Pastry Shoppe (1st of 3 settlment payments) | 1241-000 | 1,000.00 | | 20,623.31 |
| 05/29/19 | {14} | RJS 2147 Inc. | Reversed Deposit 100006 1 Preference Settlement-Imperial Bag & Paper | 1241-000 | -4,000.00 | | 16,623.31 |
| 06/04/19 | {14} | RJS 2147 Inc (Imperial) | Replacement check for check 1014 (Imperial Bag & Paper) | 1241-000 | 4,000.00 | | 20,623.31 |
| 06/21/19 | {14} | Cress Resources Inc. TA Swiss Pastry Shoppe | TA Swiss Pastry - 2nd of 3 settlement payments | 1241-000 | 500.00 | | 21,123.31 |
| 08/01/19 | {14} | Cress Resources Inc TA Swiss Pastry Shoppe | TA Swiss Pastry - 3rd and final Settlement payment | 1241-000 | 500.00 | | 21,623.31 |
| 08/07/19 | | Transition Transfer Debit | | 9999-000 | | 21,623.31 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 21,623.31 | 21,623.31 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 21,623.31 | |
| | | | **Subtotal** | | 21,623.31 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,623.31** | **$0.00** | |

{} Asset reference(s)

Printed: 04/22/2020 03:32 PM    V.14.66

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 19-10326-JKS | | Trustee: | JAY L. LUBETKIN (500440) |
|---|---|---|---|---|
| Case Name: | DELI KING OF LINDEN, LLC | | Bank Name: | United Bank |
| | | | Account: | ********2917 - Checking Account |
| Taxpayer ID #: | **-***4034 | | Blanket Bond: | $48,225,092.00  (per case limit) |
| Period Ending: | 04/22/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/07/19 | | Transfer from 0061 to 2917 | Transfer from 0061 to 2917 | 9999-000 | 21,623.31 | | 21,623.31 |
| 11/26/19 | 10101 | Rabinowitz, Lubetkin & Tully | Order entered 11/25/19 | 3110-000 | | 15,643.50 | 5,979.81 |
| 11/26/19 | 10102 | Rabinowitz, Lubetkin & Tully | Order entered 11/25/19 | 3120-000 | | 439.08 | 5,540.73 |
| 02/12/20 | | Transfer from 2917 to 1183 | Transition transfer debit from United to Metropolitan | 9999-000 | | 5,540.73 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **21,623.31** | **21,623.31** | **$0.00** |
| | | | Less: Bank Transfers | | 21,623.31 | 5,540.73 | |
| | | | **Subtotal** | | **0.00** | **16,082.58** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$16,082.58** | |

{} Asset reference(s)

Printed: 04/22/2020 03:32 PM    V.14.66

Case 19-10326-JKS    Doc 44    Filed 05/08/20    Entered 05/08/20 12:37:34    Desc Main
Document      Page 11 of 11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 19-10326-JKS | | Trustee: | JAY L. LUBETKIN (500440) |
|---|---|---|---|---|
| Case Name: | DELI KING OF LINDEN, LLC | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******5107 - Checking Account |
| Taxpayer ID #: | **-***4034 | | Blanket Bond: | $48,225,092.00 (per case limit) |
| Period Ending: | 04/22/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/12/20 | | Transfer from 4083 to 5107 | Transition transfer credit from United to Metropolitan | 9999-000 | 5,540.73 | | 5,540.73 |
| 03/09/20 | 20103 | Silverline Services | Dividend paid 100.00% on $1,593.50; Claim# 5S; Filed: $1,593.50; Reference: | 4210-000 | | 1,593.50 | 3,947.23 |
| 03/09/20 | 20104 | JAY L. LUBETKIN | Dividend paid 100.00% on $2,912.33, Trustee Compensation;  Reference: | 2100-000 | | 2,912.33 | 1,034.90 |
| 03/09/20 | 20105 | State of New Jersey | Dividend paid  11.93% on $8,668.84; Claim# 7; Filed: $8,668.84; Reference: | 5800-000 | | 1,034.90 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,540.73 | 5,540.73 | $0.00 |
| | | | Less: Bank Transfers | | 5,540.73 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,540.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $5,540.73 | |

| Net Receipts : | 21,623.31 |
|---|---|
| Net Estate : | $21,623.31 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2966 | 21,623.31 | 0.00 | 0.00 |
| Checking # ********2917 | 0.00 | 16,082.58 | 0.00 |
| Checking # ******5107 | 0.00 | 5,540.73 | 0.00 |
| | $21,623.31 | $21,623.31 | $0.00 |

{} Asset reference(s)   Printed: 04/22/2020 03:32 PM   V.14.66